No. 6308.—MAISONAVE, apldo., *v.* DOMENECH y MACLEOD, TESORERO Y AUDITOR DE PUERTO RICO, respectivamente, apltes.—C. D. San Juan. ▮▮▮▮▮▮ Abril 25, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, aparece que la transcripción de autos fué radicada, en este tribunal el 17 de marzo de 1933;

POR CUANTO, los apelantes no presentaron su alegato dentro del término de diez días fijado por el Reglamento de este Tribunal, y no aparece que ese término fuera prorrogado por esta corte en el presente caso;

POR TANTO, debe desestimarse, y por la presente se desestima, el recurso.

Nos. 6059, 5909, 5932, 5994. Llamados los casos para la audiencia acordada, a fin de mostrar razones, si algunas existieren, para no desestimar el recurso; no habiendo comparecido la parte apelante no obstante habérsele citado y apareciendo que venció la última prórroga concedida en ellos para la presentación de alegatos, sin que se hayan presentado hasta la fecha, se desestimaron, por abandono, los recursos.

No. 6104.—MANESCAU, aplte., *v.* USERA, JUEZ, dmdo., y RAMÍREZ, aplda.—C. D. Ponce. ▮▮▮▮▮▮ Noviembre 7, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Estudiadas la moción de desestimación y la oposición a la misma, no apareciendo que la apelación sea enteramente frívola, no ha lugar, señalándose el 22 de diciembre próximo, a las 2 p. m. para la vista del caso en su fondo.

No. 5930.—CARRIÓN PACHECO, aplte., *v.* LAWTON, ET ALS., apldos. —C. D. San Juan. ▮▮▮▮▮▮▮▮▮▮ ▮ Noviembre 7, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de la parte apelada para que se desestime esta apelación por frívola, vista la oposición de la apelante, no estando convencido el tribunal de que el recurso sea en verdad enteramente frívolo, no ha lugar, y habiendo presentado la parte apelante su alegato, se señala la vista de la apelación para el 22 de diciembre, 1932, a las 2 p. m.